*D. D. Dykeman* and *D. D. Pratt*, for the appellant.

---

## HOOD v. THE STATE.

APPEAL from the *Grant* Circuit Court.

*Per Curiam.*—There is error in this case, and the judgment is reversed with costs.   See *Sohn* v. *The State*, at this term.

*Gordon & Thompson*, for the appellant.